UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EVELYN C. JEANE, ET AL.** | : | **DOCKET NO. 2:17-cv-0891** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **WAL-MART STORES INC., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 142] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motions for Summary Judgment [docs. 109, 113] be **DENIED.**

**THUS DONE AND SIGNED** this 30th day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE