# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EVELYN C. JEANE, ET AL.** | : | **DOCKET NO. 2:17-cv-0891** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **WAL-MART STORES INC., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 143] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 122] be **DENIED.**

**THUS DONE AND SIGNED** this 30th day of May, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE